FILED

07/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0570

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0570

_____

FRANKLIN S. & JANET L. TIEGS
(PTE) BAKER PRODUCE, INC.,

      Petitioners and Appellees,

    v.                                                                    O R D E R

STATE OF MONTANA, DEPARTMENT
OF REVENUE,

      Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 27 2022